### F. Dodson v. The State.

No. 6917. Decided November 1, 1922.

**Carrying a Pistol—Statement of Facts—Misconduct of Jury—Practice on Appeal.**

In the absence of a statement of facts and bills of exception, alleged errors in the admission and rejection of evidence cannot be reviewed, and where the motion for a new trial is not sworn to, complaint as to misconduct of the jury cannot be considered. Following Brice v. State, 32 Texas Crim. Rep., 219, and other cases.

Appeal from the County Court of Ochiltree. Tried below before the Honorable J. M. Grigsby.

Appeal from a conviction of unlawfully carrying a pistol; penalty, a fine of $100.

The opinion states the case.

*S. J. Allen,* for appellant.

*R. G. Storey,* Assistant Attorney General, for the State—Cited cases in opinion.

HAWKINS, Judge.—Conviction is for unlawfully carrying a pistol. Punishment, fine of $100.

No statement of facts or bills of exception appear in the record. Complaint is made in the motion for new trial of the failure to give certain special charges requested by appellant. In absence of the facts proven the relevancy, or otherwise, of the special charges cannot be known to us. Alleged errors in the admission and rejection of evidence cannot be reviewed in the absence of bills of exception, properly bringing them forward. Complaint is also made in the motion for new trial that the jury was guilty of misconduct. The motion is not sworn to, by appellant or any other person, merely being signed by the attorneys. In this respect the motion is deficient. Where matters extrinsic the record are sought to be presented as ground for new trial the motion should be verified. Bryant v. State, 39 Texas Crim. Rep., 457, 151 S. W. Rep., 1156; Brice v. State, 72 Texas Crim. Rep., 219, 162 S. W. Rep., 874.

The judgment must be affirmed.

*Affirmed.*